No. 990. CUMMER SONS CYPRESS CO. *v.* ATLANTIC COAST LINE RAILROAD CO. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry P. Adair* and *Clarence G. Ashby* for petitioner. *Messrs. Carl H. Davis, John B. Sutton, C. C. Howell,* and *Wm. Hart Sibley* for respondent.

No. 991. WILSON CYPRESS CO. *v.* ATLANTIC COAST LINE RAILROAD CO. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry P. Adair* and *Clarence G. Ashby* for petitioner. *Messrs. Carl H. Davis, John B. Sutton, C. C. Howell,* and *Wm. Hart Sibley* for respondent.

No. 999. JANE HOLDING CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel N. Kirby* and *Harry W. Kroeger* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch, Carlton Fox,* and *Thomas E. Harris* for respondent.

No. 1012. ZINSMASTER BAKING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. R. Brown* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman,* and *Richard H. Demuth* for respondent.